# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America, | § | United States Cou<br>Southern District of .<br>**ENTERED**<br><br>JUN **1 6** 200?<br><br>Michael N. Milby, Clerk of c. |
| | § | |
| Plaintiff(s), | § | |
| | § | |
| V. | § | CR NO. H-04-413 |
| | § | |
| Rathna Men King, | § | |
| | § | |
| Defendant(s). | § | |

## ORDER APPOINTING COUNSEL

Because the above named defendant has satisfied this court that he is (1) financially

unable to employ counsel, and (2) does not wish to waive counsel, and because the interest

of justice so require, the **Federal Public Defender** is appointed to represent this person

in the above designated cases.

Date:  __June 16, 2005_____

_____
United States Magistrate Judge


or BY ORDER OF THE COURT


_____
Deputy Clerk